UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEDAR RIDGE, LLC** | **CIVIL ACTION NO. 2:13 cv 672** |
| **VERSUS** | |
| **LANDMARK AMERICAN INSURANCE COMPANY AND RSUI INDEMNITY COMPANY** | **JUDGE:  LANCE M. AFRICK "I"** |
| | **MAGISTRATE:  KAREN W. ROBY "4"** |

## FINAL MOTION AND ORDER TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Cedar Ridge L.L.C., who upon representing to this Court that it has resolved this matter against the defendants and hereby respectfully requests this Court to dismiss, with prejudice, all matters and claims in the controversy against the defendants, with each party to bear its own costs.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

/s/*Joseph M. Bruno*
JOSEPH M. BRUNO (#3604)
DANIEL A. MEYER (#33278)
855 Baronne St.
New Orleans, LA  70113
Telephone: (504) 525-1335
Facsimile: (504) 562-6775
jbruno@brunobrunolaw.com
dmeyer@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has this date been electronically filed using the CM/ECF service which will notify counsel of record via electronic mail of this filing. New Orleans, Louisiana, this __3rd__ day of April 2014.

    /s/*Joseph M. Bruno*
**Joseph M. Bruno**