UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CEDAR RIDGE, LLC**                                                     **CIVIL ACTION**

**VERSUS**                                                                      **No. 13-672**

**LANDMARK AMERICAN INSURANCE**                              **SECTION I**
**COMPANY ET AL.**

## ORDER

Considering the motion[1] by plaintiff, Cedar Ridge L.L.C., to dismiss with prejudice "all matters, causes of action, and claims in this controversy,

**IT IS ORDERED** that the motion is **GRANTED** and that all matters, causes of actions, and claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, April 4, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 121.